IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN DAVIS, | No. 3:20-CV-01106 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| DARLA COWAN, *et al.*, | |
| Defendants. | |

**ORDER**

**FEBRUARY 8, 2023**

Kevin Davis, an inmate in the custody of the Pennsylvania Department of Corrections, filed a Second Amended Complaint pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights.[1] On January 3, 2023, the Honorable Karoline Mehalchick, Chief United States Magistrate Judge of this Court, issued a Report and Recommendation recommending that this Court dismiss the complaint, but permit Davis to amend his complaint a third time.[2] Davis was permitted to file objections to Chief Magistrate Judge Mehalchick's Report and Recommendation by January 17, 2023. He did not file any objections.

---

[1] Doc. 51.
[2] Doc. 65.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no clear error, clear or otherwise, in Chief Magistrate Judge Mehalchick's recommendations. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Mehalchick's Report and Recommendation (Doc. 65) is **ADOPTED**;

2. Davis' Second Amended Complaint (Doc. 51) is **DISMISSED WITHOUT PREJUDICE.**

3. Davis may, within thirty (30) days of the date of this Order, file an amended complaint that addresses the deficiencies identified by Chief Magistrate Judge Mehalchick.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[4] 28 U.S.C. § 636(b)(1); M.D. Pa. Local R. 72.31.