IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN DAVIS, | No. 3:20-CV-01106 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| JAY COWAN, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 31, 2023

Kevin Davis filed this third amended 42 U.S.C. § 1983 civil rights complaint alleging that numerous individuals violated his civil rights by retaliating against him for filing a complaint against prison officials, and by withholding necessary medical treatment.[1] On July 6, 2023, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court grant the pending motion to dismiss and dismiss with prejudice claims against Defendants Jay Cowan and Correct Care Solutions.[2] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 67.
[2] Doc. 72.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error in Chief Magistrate Judge Mehalchick's conclusion that claims against the moving defendants should be dismissed with prejudice. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 72) is **ADOPTED**;

2. Defendants' motion to dismiss (Doc. 68) is **GRANTED**;

3. Claims against Jay Cowan and Correct Care Solutions are **DISMISSED** with prejudice; and

4. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.